UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

GLENN CALVIN DAMOND

VERSUS

JAMES LEBLANC, ET AL.

CIVIL ACTION

NO. 12-564-JJB-RLB

**RULING**

The court has carefully considered the complaint, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Richard L. Bourgeois, Jr. dated June 18, 2013 (doc. no. 46). The plaintiff has filed an objection which merely restates his prior argument and has been duly considered.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the court declines to exercise supplemental jurisdiction relative to the plaintiff's state law claims and the defendants' Motion to Dismiss (doc. no. 27) is GRANTED, dismissing the plaintiff's claim for monetary damages against the defendants in their official capacities and dismissing the plaintiff's remaining claims, with prejudice, for failure to state a claim upon which relief may be granted until the conditions set forth in Heck v. Humphrey, supra, are met. Further, the defendants' Motion to Dismiss (doc. no. 12) is DENIED AS MOOT.

Baton Rouge, Louisiana, this ___ day of July, 2013.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA