UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

GLENN CALVIN DAMOND

VERSUS

JAMES LEBLANC, ET AL.

CIVIL ACTION

NO. 12-564-JJB-RLB

**ORDER OF DISMISSAL**

For the written reasons assigned and filed herein:

IT IS ORDERED that the defendants' Motion to Dismiss (doc. no. 27) is GRANTED, dismissing the plaintiff's claim for monetary damages against the defendants in their official capacities and dismissing the plaintiff's remaining claims, with prejudice, for failure to state a claim upon which relief may be granted until the conditions set forth in Heck v. Humphrey, supra, are met. Further, the defendants' Motion to Dismiss (doc. no. 12) is DENIED AS MOOT.

Baton Rouge, Louisiana, this ____ day of July, 2013.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA